# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Date Filed: **March 17, 2023**
Court Date: _____
Assigned Justice: _____

Index #: 23-cv-00344-AMN-DJS

File No.: _____

**Isaac Richey**

*Plaintiff*

VS.

**Ann Marie T. Sullivan, in her Official Capacity, New York State Office of Mental Health, et al.**

*Defendant*

---

STATE OF New York, COUNTY OF ALBANY    SS.:

**James Perone**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, April 5, 2023** at **11:53 AM** at **44 Holland Avenue, Albany, NY 12208** deponent served the within **Summons in a Civil Action and Complaint for Injunctive and Declaratory Relief and Civil Cover Sheet** on: **Ann Marie T. Sullivan, in her Official Capacity at New York State Office of Mental Health** Defendant therein named.

**#1 SUITABLE AGE PERSON** [X]
By delivering a true copy of each to **Peter Berkery**, **authorized to accept** a person of suitable age and discretion.
Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#2 MAIL COPY**
On **NA**, deponent completed service by depositing a true copy of each document the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.    Certified Mail #:

**#3 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:    Height: **5' 4" - 5' 8"**
Sex: **Male**    Color of skin: **White**    Color of hair: **s+P**    Age: **36 - 50 Yrs.**
Weight: **Over 200 Lbs.**    Other Features: _____

**#4 WIT. FEES** [ ]
$ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MILITARYSRVC** [ ]
Your deponent asked person spoken to whether the defendant was in the active military service of the United States or New York and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#6 OTHER** [ ]

---

Sworn to before me on this 5th day of April 2023

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024

James Perone

Job # S1890922

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Index #: 1:23-cv-344 (AMN/DJS)
Date Filed: March 20, 2023
Court Date:

ATTORNEY(S) BELLANTONI LAW FIRM, PLLC PH: (914) 367-0090
2 OVERHILL ROAD, SUITE 400 SCARSDALE, NY 10583

File No.:

**ISAAC RICHEY**
vs.
*Plaintiff(s)/Petitioner(s)*

ANN MARIE T. SULLIVAN, MD, in her individual and Official Capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, NEW YORK STATE OFFICE OF NICS APPEALS AND SAFE ACT, DOES 1 - 10 in their individual capacities
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS.:

Edward Siller, Jr., being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On April 11, 2023, deponent completed service by placing a copy of the Civil Cover Sheet, Summons in a Civil Action and Complaint for Injunctive and Declaratory Relief

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" which was deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York,

addressed to Ann Marie T. Sullivan

at 44 Holland Avenue, Albany, NY 12208

Sworn to before me on April 11, 2023

Ann C. Siller
Notary Public, State of New York
No. 01SI6412658
Qualified in Westchester County
Commission Expires January 4, 2025



Client's File No.:

Process Server, Please Sign
Edward Siller, Jr.
Lic#
Job #: 2006598

STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567