# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index #: 1:23-cv-00344-AMN-DJS
Date Filed: March 17, 2023
Court Date: _____
Assigned Justice: _____

File No.: _____

Isaac Richey

vs.

*Plaintiff(s)/Petitioner(s)*

Ann Marie T. Sullivan, in her Official Capacity, New York State Office of Mental Health, et al.

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF ALBANY  SS.:

James Perone, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, April 5, 2023** at **11:53 AM** at **44 Holland Avenue, Albany, NY 12208** deponent served the within **Summons in a Civil Action and Complaint for Injunctive and Declaratory Relief and Civil Cover Sheet**

on: **Office of NICS Appeals and Safe Act**

**Defendant** therein named.

**CORPORATION #1** ☒ By delivering to and leaving with **Peter Berkery, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒ Sex: Male  Color of skin: White  Color of hair: s+P  Age: 36 - 50 Yrs.  Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs.  Other Features: ___
(use with #1, 2 or 3)

**#3 WIT. FEES** ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 5th day of April 2023

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024



James Perone

Job # S1890923