

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  518-776-2606

April 12, 2023

Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

   **Re:**  ***Richey v. Sullivan, et al.***
      **Northern District of New York**
      **23-CV-0344 (GTS/DJS)**

Dear Judge Stewart:

   This office represents defendants Ann Marie Sullivan, New York State Office of Mental Health, and New York State Office of NICS Appeals and SAFE Act.  We are currently investigating the relevant factual and legal issues in this matter.  Due to conflicts in counsel's schedule in May, as well as a transition in staff within counsel's office of the client, I write to respectfully request a 45-day extension of time to answer or otherwise respond to the Complaint in this matter, to June 9, 2023.

   I have communicated with Amy Bellantoni, Esq., counsel for Plaintiff, who consents to this extension of time.  This is a first request for an extension of time in this matter.

   Thank you for your attention to this matter.

      Respectfully,

      *s/ Shannan C. Krasnokutski*
      Shannan C. Krasnokutski
      Assistant Attorney General
      Bar Roll No. 512932
      Shannan.Krasnokutski@ag.ny.gov

cc:  Amy Bellantoni, Esq. (via ECF)