UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ISAAC RICHEY,

                  Plaintiff,

-against-

ANN MARIE T. SULLIVAN, MD, in her Individual and Official Capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, NEW YORK STATE OFFICE OF NICS APPEALS AND SAFE ACT, DOES 1-10 in their individual capacities,

                  Defendants.

**DECLARATION**

23-CV-344

AMN-DJS

---

    I, SHANNAN C. KRASNOKUTSKI, declare pursuant to 28 USC § 1746, that on June 9, 2023, I filed an **Answer** electronically via the Court's ECF system, which provided notice of electronic service of the filing upon the following:

    The Bellantoni Law Firm, PLLC
    *Attorneys for Plaintiff*
    Amy L. Bellantoni, Esq.
    2 Overhill Road, Suite 400
    Scarsdale, New York 10583
    abell@bellantoni-law.com

Dated: Albany, New York
       June 9, 2023

                                                                  *s/ Shannan C. Krasnokutski*
                                                                   Shannan C. Krasnokutski
                                                                   Bar Roll No. 512932