

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  518-776-2606

June 12, 2023

Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

    Re:    *Richey v. Sullivan, et al.*
            **Northern District of New York**
            **23-CV-0344 (GTS/DJS)**

Dear Judge Stewart:

    This office represents defendants Ann Marie Sullivan, New York State Office of Mental Health, and New York State Office of NICS Appeals and SAFE Act.  I write regarding the Rule 16 conference in this matter, currently scheduled for June 26, 2023.  I am scheduled to be out of the country at that time and accordingly cannot attend the Rule 16 conference on the scheduled date.

    I have conferred with Amy Bellantoni, Esq., counsel for Plaintiff, to obtain alternate dates available to both parties.  Based on counsel's discussions, the parties respectfully request that this matter be rescheduled for a Rule 16 conference on July 13, July 14, or a date between July 17 and July 20.

    Thank you for your attention to this matter.

                                                             Respectfully,

                                                             s/ *Shannan C. Krasnokutski*
                                                             Shannan C. Krasnokutski
                                                             Assistant Attorney General
                                                             Bar Roll No. 512932
                                                            Shannan.Krasnokutski@ag.ny.gov

cc:    Amy Bellantoni, Esq. (via ECF)