UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ISAAC RICHEY,

                      Plaintiff,

-against-

ANN MARIE T. SULLIVAN, MD, in her Individual and
Official Capacity, NEW YORK STATE OFFICE OF
MENTAL HEALTH, NEW YORK STATE OFFICE OF
NICS APPEALS AND SAFE ACT, DOES 1-10 in their
individual capacities,

                      Defendants.

**NOTICE OF
APPEARANCE**

No. 1:23-CV-00344
AMN-DJS

---

       PLEASE TAKE NOTICE that Defendants Ann Marie T. Sullivan, MD, in her individual

and official capacity; New York State Office of Mental Health; and New York State Office of

NICS Appeals and Safe Act hereby appear by the undersigned, whose address and telephone

number are as set forth below.

Dated: Albany, New York
      February 7, 2024

                              LETITIA JAMES
                              Attorney General of the State of New York
                              Attorney for Defendants Ann Marie T. Sullivan,
                                  MD, in her individual and official capacity;
                                  New York State Office of Mental Health; and
                                  New York State Office of NICS Appeals and
                                  Safe Act
                              The Capitol
                              Albany, New York  12224

                              By: _s/Mark G. Mitchell_
                              Mark G. Mitchell
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 516818
                              Telephone: (518) 776-2583

Fax: (518) 915-7738 (Not for service of papers.)
Email: mark.mitchell@ag.ny.gov

To:    The Bellantoni Law Firm, PLLC
        *Attorneys for Plaintiff*
        Amy L. Bellantoni, Esq.
        2 Overhill Road, Suite 400
        Scarsdale, New York  10583
        abell@bellantoni-law.com