STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2583

March 1, 2024

**Via CM/ECF**
The Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
James T. Foley United States Courthouse
Albany, New York  12207

Re:   *Richey v. Sullivan*
      Case No. 1:23-CV-00344-AMN-DJS

Dear Judge Stewart:

This Office represents Defendants Ann Marie T. Sullivan, MD, the New York State Office of Mental Health, and New York State Office of NICS Appeals and Safe Act in this action.

I write to respectfully request a one-week adjournment of the conference scheduled for Friday, March 8, 2024.  Dkt. No. 23.  The reason for this request is that I have a jury trial with Judge D'Agostino starting on Wednesday, March 6.  Thank you for your consideration of this request.

Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the individual listed below to be served with a copy of this letter via ECF.

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York
The Capitol
Albany, New York  12224-0341

By: *s/ Mark G. Mitchell*
Mark G. Mitchell
Assistant Attorney General
Tel: (518) 776-2583
Fax: (518) 915-7738
Bar Roll No. 516818
Mark.Mitchell@ag.ny.gov

cc: The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiff*
Amy L. Bellantoni, Esq.
2 Overhill Road, Suite 400
Scarsdale, New York  10583