UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ISAAC RICHEY,

                           Plaintiff,         1:23-cv-00344-AMN-DJS

   -against-

                                            **NOTICE OF MOTION**

ANN MARIE T. SULLIVAN, MD, in her Individual
and Official Capacity, NEW YORK STATE OFFICE
OF MENTAL HEALTH, NEW YORK STATE OFFICE
OF NICS APPEALS AND SAFE ACT, DOES 1-10 in
their individual capacities,

                           Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, pursuant to the Court's Text Order on March 14, 2024 [ECF29], and upon the annexed Declaration of Amy L. Bellantoni with annexed exhibits and accompanying Memorandum of Law, Plaintiff Isaac Richey by and through his attorney, The Bellantoni Law Firm, PLLC, will move this Court at the United States District Court, Northern District of New York located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 on the 19th day of April, 2024 for an Order granting Plaintiff leave to file a First Amended Complaint and for such further relief as this Court deems just and proper;

      **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 7.1, opposition papers, if any, submitted on behalf of the defendants shall be filed within 21 days of the filing of the within motion.

Dated: Scarsdale, New York
       March 27, 2024

                                            THE BELLANTONI LAW FIRM, PLLC
                                            *Attorneys for Plaintiff*

                          By:   *Amy L. Bellantoni*
                                Amy L. Bellantoni, Bar No. 701018
                                2 Overhill Road, Suite 400
                                Scarsdale, New York 10583
                                abell@bellantoni-law.com