STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2583

July 31, 2024

**Via CM/ECF**
The Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
James T. Foley United States Courthouse
Albany, New York  12207

Re:    *Richey v. Sullivan*
       Case No. 1:23-CV-00344-AMN-DJS

Dear Judge Stewart:

This Office represents Defendants Ann Marie T. Sullivan, MD, the New York State Office of Mental Health, and New York State Office of NICS Appeals and Safe Act in this action.

At present, there is a pending motion of Plaintiff for leave to file an Amended Complaint adding new claims and allegations against three new defendants.  Dkt. Nos. 31-34.  In addition, the undersigned counsel submitted documents for the Court's *in camera* review concerning the Defendants' assertion that the documents are privileged.  Dkt. No. 32.

The above-referenced Defendants respectfully request that the discovery and dispositive motion deadlines in this action be stayed pending the Court's resolution of the motion to amend and *in camera* review of documents, and that the Court schedule a conference to set new deadlines once those matters are resolved.  Thank you for your consideration of this request.

Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the individual listed below to be served with a copy of this letter via ECF.

1

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York
The Capitol
Albany, New York  12224-0341

By: *s/ Mark G. Mitchell*

Mark G. Mitchell
Assistant Attorney General
Tel: (518) 776-2583
Fax: (518) 915-7738
Bar Roll No. 516818
Mark.Mitchell@ag.ny.gov

cc:    The Bellantoni Law Firm, PLLC
       *Attorneys for Plaintiff*
       Amy L. Bellantoni, Esq.
       2 Overhill Road, Suite 400
       Scarsdale, New York  10583