STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2583

September 6, 2024

**Via CM/ECF**
The Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
James T. Foley United States Courthouse
Albany, New York  12207

Re:    *Richey v. Sullivan*
         Case No. 1:23-CV-00344-AMN-DJS

Dear Judge Stewart:

    This Office represents Defendants Ann Marie T. Sullivan, MD, the New York State Office of Mental Health, and New York State Office of NICS Appeals and Safe Act in this action.  I write to request a first extension of the deadline for those Defendants to respond to the Amended Complaint to <u>October 4, 2024</u>.  ECF No. 40 (setting answer due date of September 10, 2024).  I called Plaintiff's counsel to discuss this request, but I have not yet received a response.

    On August 27, 2024, Plaintiff filed the Amended Complaint in this action, which adds three new Defendants.  ECF No. 39.  I understand that the new Defendants have not yet been served.  This extension of the Answer deadline is requested so that this Office can determine the representation of the new Defendants and determine whether one response to the Amended Complaint can be filed on behalf of all Defendants.  Thank you for your consideration of this request.

    Pursuant to 28 U.S.C. § 1746, I declare that, on this date, I caused the individual listed below to be served with a copy of this letter via ECF.

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York
The Capitol
Albany, New York  12224-0341

By: *s/ Mark G. Mitchell*
Mark G. Mitchell
Assistant Attorney General
Tel: (518) 776-2583
Fax: (518) 915-7738
Bar Roll No. 516818
Mark.Mitchell@ag.ny.gov

cc:     The Bellantoni Law Firm, PLLC
        *Attorneys for Plaintiff*
        Amy L. Bellantoni, Esq.
        2 Overhill Road, Suite 400
        Scarsdale, New York  10583