UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ISAAC RICHEY,

                              Plaintiff,

          -against-

ANN MARIE T. SULLIVAN, MD, in her Individual and Official Capacity, NEW YORK STATE OFFICE OF MENTAL HEALTH, NEW YORK STATE OFFICE OF NICS APPEALS AND SAFE ACT, LI-WEN GRACE LEE, M.D., Individually, CARMEN BARBER, Individually, TONY TRAHAN, Individually, DOES 1-5 in their individual capacities,

                              Defendants.

**NOTICE OF MOTION**

No. 1:23-CV-00344

AMN-DJS

---

      PLEASE TAKE NOTICE that upon the annexed Declaration of Mark G. Mitchell and the accompanying Memorandum of Law, and upon all prior proceedings, Defendants Ann Marie T. Sullivan, M.D., the New York State Office of Mental Health, the New York State Office of NICS Appeals and SAFE Act, Li-Wen Grace Lee, M.D., Carmen Barber, and Tony Trahan, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, Albany, New York, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Amended Complaint, with prejudice, and terminating Ann Marie T. Sullivan, M.D., the New York State Office of Mental Health, the New York State Office of NICS Appeals and SAFE Act, Li-Wen Grace Lee, M.D.,

1

Carmen Barber, and Tony Trahan as Defendants in this action with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
October 4, 2024

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendants Ann Marie T. Sullivan, M.D.; New York State Office of Mental Health; New York State Office of NICS Appeals and SAFE Act; Li-Wen Grace Lee, M.D.; Carmen Barber; and Tony Trahan
        The Capitol
        Albany, New York  12224

        By: *s/ Mark G. Mitchell*
        Mark G. Mitchell
        Assistant Attorney General, of Counsel
        Bar Roll No. 516818
        Telephone:  (518) 776-2583
        Fax:  (518) 915-7738 (Not for service of papers)
        Email:  mark.mitchell@ag.ny.gov

To: The Bellantoni Law Firm, PLLC
*Attorneys for Plaintiff*
Amy L. Bellantoni, Esq.
2 Overhill Road, Suite 400
Scarsdale, New York  10583
914-367-0090
abell@bellantoni-law.com