# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Index Number: 1:23-CV-00344                                          Date Filed: 8/27/2024

Plaintiff:
**Isaac Richey**

vs.

Defendant:
**Ann Marie T. Sullivan, MD, in her Individual and Official Capacity, et al.**

**State of New York, County of Albany)ss.:**

For:
Bellatoni Law Firm
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received these papers to be served on **Li-Wen Grace Lee, M.D., NYS Office Of Mental Health, 44 Holland Avenue, Albany, NY 12229**.

I, Patricia Burke, do hereby affirm that on the **9th day of September, 2024** at **10:25 am, I**:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and First Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Mary Elaina Wojcik** as **Associate Attorney** at the address of: **NYS Office Of Mental Health, 44 Holland Avenue, Albany, NY 12229**, who stated they are authorized to accept service for **Li-Wen Grace Lee,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'9", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __10/22/24__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Patricia Burke**
Process Server

Our Job Serial Number: SRN-2024005686

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a