UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ISAAC RICHEY,

                           Plaintiff,          1:23-cv-00344-AMN-DJS

    -against-


ANN MARIE T. SULLIVAN, MD, in her Individual
and Official Capacity, NEW YORK STATE OFFICE      **NOTICE OF MOTION**
OF MENTAL HEALTH, NEW YORK STATE OFFICE
OF NICS APPEALS AND SAFE ACT, LI-WEN GRACE
LEE, M.D., Individually, CARMEN BARBER, Individually,
TONY TRAHAN, Individually, and DOES 1-5 in
their individual capacities,

                          Defendants.
-----------------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support, the plaintiff, Isaac Richey, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will move this Court at the United States District Court, Northern District of New York, United States District Court, Alexander Pirnie Federal Building & U.S. Courthouse 10 Broad Street, Utica, New York pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 60.1 for reconsideration of certain provisions of the Decision and Order dated July 3, 2025 in the above-captioned matter, together with such other or further relief as may be just, proper, and equitable.

Dated: July 17, 2025
       Scarsdale, New York

                                         THE BELLANTONI LAW FIRM, PLLC
                                         *Attorneys for Plaintiff*

                       By:   *Amy Bellantoni*
                              Amy L. Bellantoni
                              2 Overhill Road, Suite 400
                              Scarsdale, New York 10583
                              abell@bellantoni-law.com