

November 4, 2025

Hon. Daniel J. Stewart
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

    Re:    *Richey v. Sullivan*, 1:23-cv-00344-AJB-DJS

Your Honor,

    I represent the plaintiff, Isaac Richey, in the above-referenced matter. I write to request an adjournment of the recently-noticed discovery conference, scheduled for November 18, 2025.

    On November 18, 2025, I will be actually engaged before the Second Circuit Court of Appeals in the matter of *Mills v. New York City, New York*, Docket No. 24-3308.

    I have consulted with defense counsel and respectfully propose the following dates for the Court's remote discovery conference: November 21, 24; December 2, 3, 9, 10, 11.

    Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)