

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 16, 2026

Via ECF
Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Re*:*    *Richey v. Sullivan*, 1:23-cv-344 (AJB/DJS)

Dear Judge Stewart:

This Office represents Defendant Ann Marie T. Sullivan in the above-referenced matter. With the consent of Plaintiff, Defendant writes to respectfully request an adjournment of the dispositive motion deadline for an additional sixty days.

The parties have continued to work together since February to complete discovery. The deposition of Mr. Richey has been scheduled for June 25, 2026, which should, upon completion, conclude discovery.

In light of the foregoing and to afford the parties the requisite time to obtain the deposition transcript and prepare their summary judgment papers, we jointly request that the dispositive motion deadline be reset to August 31, 2026.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By s/ *Benjamin L. Loefke*
Benjamin L. Loefke
Special Litigation Counsel, of Counsel
Bar Roll No. 516796
Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc:    Counsel of record (*via ECF*)