UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ISAAC RICHEY,

*Plaintiff*,

-against-

ANN MARIE T. SULLIVAN, MD,

*Defendant*.

---

**DECLARATION OF ROBERT J. SPITZER**

1:23-cv-344

(AJB/DJS)

Robert J. Spitzer declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Distinguished Service Professor of Political Science Emeritus at the State University of New York at Cortland. I was also a visiting professor at Cornell University for thirty years. I am currently an adjunct professor at the College of William and Mary School of Law. I earned my Ph.D. in Government from Cornell University. I reside in Williamsburg, Virginia.

2. I make this affirmation in support of Ann Marie T. Sullivan's summary judgment motion based upon my personal knowledge.

3. I have been asked to render an opinion by the Office of the Attorney General of New York State on the context and history of mental illness-related weapons laws restrictions, focusing in particular on the antecedents of mental illness, historical weapons laws relating to tramps and vagrants, and to alcohol intoxication.

4. Attached hereto is a true and accurate copy of my expert report, which contains my opinions in this matter, dated December 19, 2023.

5. I continue to hold the opinions set forth in my report.

Dated: Williamsburg, Virginia

August _27__, 2026

Robert J. Spitzer