UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ISAAC RICHEY,
Plaintiff,
-against-

ANN MARIE T. SULLIVAN, M.D.,
in her Official Capacity,

Defendant.
-------------------------------------------------------x

1:23-cv-00344-AJB-DJS

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Amy L. Bellantoni with attached exhibits, Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts, and Memorandum of Law, and upon all pleadings, submissions, and proceedings made heretofore in this action, Plaintiff Isaac Richey will move the United States District Court for the Northern District of New York, Alexander Pirnie Federal Bldg. and U.S. Courthouse 10 Broad Street, Utica, NY on a date and time set by the Court, or as soon thereafter as counsel may be heard, pursuant to Federal Rule of Civil Procedure 56(a), for an Order granting Plaintiff's motion for summary judgment in its entirety, together with such other further and different as this Court deems just and equitable.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1, any papers to be submitted in opposition to Plaintiff's motion for summary judgment must be filed with the Clerk of the Northern District of New York and served upon counsel for Plaintiff within the time period

set by the Clerk of Court.

Dated: August 31, 2026
Scarsdale, New York

THE BELLANTONI LAW FIRM, PLLC
*Attorneys for Plaintiff*

Amy L. Bellantoni
Amy L. Bellantoni
Bar No. 701018
2 Overhill Road, Suite 400
Scarsdale, New York 10583
abell@bellantoni-law.com