**Office of the New York State Attorney General**

**Letitia James Attorney General**

September 16, 2026

Via ECF
Hon. Anthony J. Brindisi
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *Richey v. Sullivan*, 1:23-cv-344 (AJB/DJS)

Dear Judge Brindisi:

This Office represents Defendant Ann Marie T. Sullivan in the above-referenced matter. On August 31, 2026, the parties filed competing motions for summary judgment. *See* Dkt. Nos. 76, 78. The current deadlines to respond and reply in connection with those motions are September 21, 2026 and September 28, 2026, respectively. The parties, who have consulted through counsel, jointly request an adjournment of the briefing schedule as follows: responses to motions due by October 26, 2026; and replies to motions due by November 13, 2026. This is the first request for an extension of time and is necessitated by the professional obligations of counsel.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By *s/ Benjamin L. Loefke*
Benjamin L. Loefke
Special Litigation Counsel, of Counsel
Bar Roll No. 516796
Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc: Counsel of record (*via ECF*)